IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:02cr34-SPM

MICHAEL WHITE,

       Defendant.
_____/

## **ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant Michael White's motion to reduce sentence under 18 U.S.C. §3582(c) and Amendment 750 to the Sentencing Guidelines. Doc. 50. The Government filed a response in opposition. Doc. 53.

Upon review, the Court finds that Defendant is not entitled to a sentence reduction. Application of the amendment results in no change to Defendant's sentencing range, which was determined by the career offender enhancement. Since the sentencing range has not changed, the Court is not authorized to order a reduction. United States v. Moore, 541 F.3d 1323, 1327-30 (11th Cir. 2008). Accordingly, it is

ORDERED AND ADJUDGED that the motion for reduction of sentence (doc. 34) is denied.

DONE AND ORDERED this 17th day of January, 2011

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Senior United States District Judge